**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

401 Market St., 4th Floor
Camden, NJ 08101
David.Doty@usdoj.gov

main: (856) 757-5026
direct: (856) 605-4905

DAVID A. DOTY
Assistant United States Attorney

November 13, 2026

**BY ECF**
Honorable Georgette Castner, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

It is so ordered this 16th day of November, 2026.

Georgette Castner
GEORGETTE CASTNER, U.S.D.J.

**Re: *Le v. Blanche, et al.*, No. 26-cv-14467 (GC)**
**Request for Extension of Time to Respond**

Dear Judge Castner:

This Office represents the Respondents in this habeas action. By Order dated November 7, 2026, the Court directed Respondents to submit a letter addressing "(1) whether Petitioner has a criminal history, (2) whether Petitioner is subject to a final order of removal, and (3) the statutory authority under which Petitioner is detained." (ECF No. 2.) That response is due today, November 13, 2026. Respondents respectfully request a brief extension, through Monday, November 16, 2026, to submit their response.

This matter was reassigned to the undersigned late yesterday evening. The requested extension would afford counsel sufficient time to confer with ICE, obtain and review the relevant records, and prepare a meaningful response to the Court's inquiries. Petitioner's counsel has consented to the requested extension.

If this request is acceptable to the Court, we respectfully ask that Your Honor "so order" this letter and direct the Clerk's Office to file it on the docket.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ David A. Doty*

DAVID A. DOTY
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)